# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128034 (62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SANDY SEAN HOLT, JR.,
      Defendant-Appellant.

_____

SC: 128034
COA: 250580
Muskegon CC: 02-047915-FC

      On order of the Chief Justice, the stipulated motion to suspend the briefing schedule is considered and it appear that the motion to expand the record has issued, the time for filing the supplemental briefs of the parties is extended to February 23, 2007.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

Clerk